694

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD VAN BOVEN, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original record and typewritten briefs denied on the ground that the papers fail to show merit to the appeal.

■ ERNEST J. SMITH, Appellant, v. ALTON CANNING CO., INC., et al., Respondents. ERNEST F. SMITH, an Infant, etc., Plaintiff, v. ALTON CANNING CO., INC., et al., Defendants.— Motion granted and appeal dismissed, without costs.

## (January 18, 1957)

■ NIAGARA MIDLAND COMPANY, INCORPORATED, Respondent, v. MERCURY RECORD CORPORATION, Appellant, et al., Defendant.— Order modified so as to provide " without prejudice to defendant's application for an examination and limited inspection pursuant to section 296 of the Civil Practice Act if so advised " and as so modified affirmed, without costs of this appeal to any party. Memorandum: Under the circumstances present here the discretion of the Special Term should not be disturbed. The defendant may obtain the information desired by proceeding under section 296 of the Civil Practice Act in connection with an examination before trial if it so desires. All concur. (Appeal from an order of Erie Special Term denying a motion by defendant Mercury Record Corporation to compel plaintiff to produce and permit defendants to examine various records and books.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ EVERYBODY'S PUBLISHING COMPANY, INC., Respondent, v. FAWCETT PUBLICATIONS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from an order and judgment of Erie Trial Term dismissing defendant's defense and counterclaim, in an action for damages for breach of a contract.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ ANNA IAUCO, Appellant, v. LOUIS J. IAUCO, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Onondaga County Court affirming a judgment of Syracuse Municipal Court for defendant for no cause of action in an action for support under a separation agreement.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ JOHN C. FRITZ, Appellant, v. VERA E. WEBER, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Supreme Court denying plaintiff's prayer for a reconveyance of property to him, and denying defendant's demand for a declaratory judgment, in an action to impress a trust on realty.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.